AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Dean Alton Holcomb,<br>*Plaintiff*<br>v.<br><br>The State of South Carolina; Attorney General Alan Wilson; The 13th Judicial Circuit Solicitor W. Walter Wilkins,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.   1:15-cv-01717-MGL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ The plaintiff, Dean Alton Holcomb, shall take nothing of the defendants, The State of South Carolina; Attorney General Alan Wilson; The 13th Judicial Circuit Solicitor W. Walter Wilkins, and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary. G Lewis, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   June 23, 2015                                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/M. Walker
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*